*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
GROSS, BROWN and de GROOT
Appellate Military Judges

—————————————

**UNITED STATES**
*Appellee*

**v.**

**Larry L. VASQUEZ**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202500240**

—————————————

Decided: 26 November 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Thomas R. Fricton

Sentence adjudged 22 January 2025 by a general court-martial tried at Camp Foster, Marine Corps Base Camp Butler, Okinawa, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, forfeiture of all pay and allowances, confinement for 30 months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Meggie Kane-Cruz, JAGC, USN*

*1 December 2025: Administrative Correction to reflect correct composition of Appellate Judges who decided Appellant's case*

—————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

—————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.